

107 P.3d 444

# SUPREME COURT OF HAWAI'I

March 4, 2005

| 25647 | State v. Akana | Affirmed |
|-------|----------------|----------|

March 15, 2005

| 26253 | State v. Kekuewa | Affirmed |
|-------|------------------|----------|